IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| VINCENT THOMAS,<br><br>               Petitioner,<br><br>v.<br><br>VINCENT MEISTER et al.<br><br>               Respondents. | **MEMORANDUM DECISION &**<br>**DISMISSAL ORDER**<br><br><br>Case No. 2:14-CV-714-RJS<br><br>District Judge Robert J. Shelby |

On October 17, 2016, this Court ordered Petitioner to, within thirty days of filing of

Respondent's answer to his habeas petition, file a reply.  The answer came in the form of a

motion to dismiss, filed January 6, 2017.  Petitioner still has not replied to Respondent's

answer/motion to dismiss--now filed over two months ago.  The Court has not heard from

Petitioner since July 18, 2016, when he filed a motion to stay. Indeed, recent mail from the Court

has been returned to sender, marked, "Prisoner Released."

IT IS THEREFORE ORDERED that Petitioner's petition is DISMISSED for failure to

obey to the Court's order and to prosecute this case.  *See* Fed. R. Civ. P. 41(b); *Link v. Wabash

R.R. Co.*, 370 U.S. 626, 630-31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir.

2003).  This case is CLOSED.

DATED this 10th day of March, 2017.

BY THE COURT:

JUDGE ROBERT J. SHELBY
United States District Court